UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENA DUCES TECUM directed to non-party Nikola Corporation in connection with<br><br>*USA v. Trevor Milton*, S.D.N.Y., Case No. 1:21-cr-00478-ER | Misc. Case No. 1:22-mc-204<br><br>ECF Case |

### NOTICE OF MOTION TO QUASH

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Robert W. Allen, P.C., the exhibits thereto, and the accompanying memorandum of law, all dated July 29, 2022, non-party Nikola Corporation, by and through its undersigned attorneys, respectfully moves this Court, the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, pursuant to Rule 17(c)(2) of the Federal Rules of Criminal Procedure for an Order quashing the subpoena *duces tecum* directed to Nikola Corporation and issued in connection with *USA v. Trevor Milton*, S.D.N.Y., Case No. 1:21-cr-00478-ER and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
      July 29, 2022

KIRKLAND & ELLIS LLP

By: */s/ Robert W. Allen*
    Robert W. Allen, P.C.
    Jacquelyn M. Kasulis
    601 Lexington Avenue
    New York, New York 10022
    (212) 446-4800
    (212) 446-4900
    bob.allen@kirkland.com
    jacquelyn.kasulis@kirkland.com